UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPARTAN SECURITIES GROUP, LTD.,
CARL DILLEY, SCOTT REYNOLDS,
VICTOR SILVA, A. RICHARD McCANN,
ISLAND CAPITAL MANAGEMENT, LLC, and
THE BLACK DIAMOND FUND, LLLP,

    Plaintiffs,

v.                                          CASE NO: 8:08-cv-2323-T-26-AEP

CACTRUS DRINK SYSTEMS, INC., and
CAM COTE,

    Defendants.
                                              /

## **O R D E R**

Upon due consideration of Plaintiffs' submissions, it is ordered and adjudged that Plaintiffs' Motion to Compel (Dkt. 40) is denied without prejudice for failure to comply with Local Rule 3.01(g). It is the Court's position that the sending of an electronic mail message followed by no response does not comply with the requirements of the rule. Counsel for the parties are directed to confer *personally* by telephone within the next seven (7) days in a good faith effort to resolve the issues raised in the motion, with each counsel making themselves readily available for such a conference. In doing so, Defendants' counsel should be mindful that Plaintiffs' counsel has correctly cited the law to the effect that the documents sought are relevant, that the time for objecting to the production of those documents has expired, and that Defendants are obligated to produce all documents within their possession, custody, and control,

control being defined by the Eleventh Circuit as not just "possession, but as the legal right to obtain the documents requested upon demand." Searock v. Stripling, 736 F.2d 650, 653 (11th Cir. 1984).

In the event Plaintiffs' counsel is forced to refile the motion, the parties are put on notice that in light of the impending discovery cut-off date of March 31, 2010, imposed by the Court's Case Management and Scheduling Order entered on June 15, 2009, at docket 35, the Court will direct an expedited response and schedule an expedited hearing and will, in the event any attorney or party is found to have acted in bad faith, impose appropriate sanctions on the offending attorney or party.

**DONE AND ORDERED** at Tampa, Florida, on February 12, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record